UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOWARD GURULE,<br><br>              Plaintiff,<br><br>    v.<br><br>CORRECTIONAL MEDICAL SERVICES, DR. GARRETT, FERMIN VILLARREAL, ASST. WARDEN PRADO, SUSAN BOJOVICH, ROBIN WIEDL, DARYL YANDELL,<br><br>              Defendants. | Case No. 1:08-CV-244-BLW<br><br>**JUDGMENT** |

      In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all of Plaintiff's claims are DISMISSED with prejudice, except those claims against Dr. Garrett, which are DISMISSED without prejudice.  Additionally, this case is hereby ordered closed.

DATED:  **August 9, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge

JUDGMENT - 1